# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

GERSON ANIBAL UMANA VILLATORO,

        Petitioner,

v.                                          CIVIL ACTION NO.   2:26-cv-00078

WARDEN et al.,

        Respondents.


## ORDER TO SHOW CAUSE

Upon consideration of Petitioner's Verified Petition for a Writ of Habeas Corpus, (ECF No. 1), **IT IS HEREBY ORDERED** that:

1. Respondents shall file a written response on the Order to Show Cause why the Petition for Writ of Habeas Corpus should not be granted by Friday, **February 6, 2026.**

2. Petitioner shall have an opportunity to file a reply by **Monday, February 9, 2026, at 8:30 A.M.**

3. This matter shall be heard by this Court on **Monday, February 9, 2026, at 1:00 P.M.**

4. Respondents shall not remove or facilitate the removal of Petitioner from the Southern District of West Virginia pending further order of the Court.  To the extent Petitioners have already been removed from this jurisdiction, Respondents

        shall not transport Petitioners to a geographically further location or remove Petitioners from the United States pending further order of the Court.

5. Service of this Order shall be made by Petitioner on the United States Attorney for the Southern District of West Virginia **FORTHWITH but no later than 12:00 P.M. on Wednesday, February 4, 2026**, and shall constitute good and sufficient service on the federal defendants.

6. Service of this Order shall be made by Petitioner on Christopher Mason, Superintendent, South Central Regional Jail, or an agent of Superintendent Mason at the South Central Regional Jail, **FORTHWITH but no later than 12:00 P.M. on Wednesday, February 4, 2026**, and shall constitute good and sufficient service on Superintendent Mason.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                ENTER:     February 3, 2026

                THOMAS E. JOHNSTON
                UNITED STATES DISTRICT JUDGE