IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

GERSON ANIBAL UMANA VILLATORO,

        Petitioner,

v.                                              CIVIL ACTION NO.  2:26-cv-00078

WARDEN et al.,

        Respondents.

### ORDER

Pending before the Court is the Petitioner's motion to appear remotely (ECF No. 7).  For good cause shown, the Court **GRANTS** the motion (ECF No. 7), and **PERMITS** Petitioner's counsel to appear via video conference for the hearing.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:    February 6, 2026

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE