IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

GERSON ANIBAL UMANA VILLATORO,

                    Petitioner,

v.                                                CIVIL ACTION NO.  2:26-cv-00078

WARDEN et al.,

                    Respondents.

**ORDER**

Pending before the Court is a Petition for Writ of Habeas Corpus (the "Petition") filed by Petitioner Gerson Anibal Umana Villatoro ("Petitioner"). (ECF No. 1.) The Respondents filed responses,[1] (ECF Nos. 4, 9-1), as well as a Motion to Dismiss, (ECF No. 9-1), and Petitioners filed a reply, (ECF No. 10). The Court held a show cause hearing on February 9, 2026.

In accordance with the ruling on the record, the Government's Motion to Dismiss, (ECF No. 9-1), is **DENIED**, and the Petition, (ECF No. 1), is **GRANTED**. Respondents are **ORDERED** to **RELEASE PETITIONER IMMEDIATELY** from civil immigration custody, and the Court further **ORDERS** that any personal possessions belonging to Petitioner, including identification and other documentation to include legal documents, be returned to him. The Court

---

[1] The Petition identifies the following respondents: Warden of the South Western Regional Jail (the "State Respondent"); Brian McShane ("McShane") as the Acting Field Office Director of the Philadelphia Field Office of ICE, Todd Lyons ("Lyons") as the Acting Director of ICE, Kristi Noem ("Noem") as the Secretary of Homeland Security; and Pamela Bondi ("Bondi") as the United States Attorney General, (collectively the "Government"). (ECF No. 1.) The State Respondent filed a response deferring to the Government's position, (ECF No. 4), and the Government filed a separate response moving to dismiss the Petition for lack of jurisdiction and failure to state a claim, (ECF No. 9-1).

**ORDERS** that Respondents are **PROHIBITED** from re-arresting and detaining Petitioner pending further order of this Court.

    **IT IS SO ORDERED**.

    The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

    ENTER:    February 9, 2026

_____
THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE